# United States District Court

EASTERN **DISTRICT OF** NEW YORK

**DOCKET & FILE**

UNITED STATES OF AMERICA

v.

JOSEPH CALCATERRA,

Defendant(s).

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 546 (KAM)

I, JOSEPH CALCATERRA, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 3, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

9/3/08

Before: _____
Judicial Officer