JB:NMA
F.#2008R00928

DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

 -against-

JOSEPH CALCATERRA,

   Defendant.

- - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. 08 546 (KAM)
(T. 18, U.S.C., §§ 892(a)
and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

 In or about and between September 2004 and May 2005, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSEPH CALCATERRA, together with others, did knowingly and intentionally conspire to make an extortionate extension of credit to John Doe, an individual whose identity is known to the United States Attorney.

 (Title 18, United States Code, Sections 892(a) and 3551 et seq.)

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _/s/_
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136